# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ernest Paul Gieger, Jr.
Gieger Laborde & Laperousse
701 Poydras Street, #4800
New Orleans LA 70139

Louis Charles LaCour, Jr.
Adams & Reese, LLP
701 Poydras, Suite 4500
New Orleans LA 70139

Raymond Peter Ward
Adams and Reese
701 Poydras Street, #4500
New Orleans LA 70139

John Ernest William Baay, II
Gieger, Laborde & Laperouse
701 Poydras St., Suite 4800
New Orleans LA 70139-4800

William A. Barrousse
Gieger, Laborde & Laperouse
701 Poydras Street, #4800
New Orleans LA 70139-4800


**REHEARING ACTION: September 10, 2014**


**Docket Number: 13   00782-CA consolidated with 236-CA & 778-CA & 779-CA & 780-CA & 781-CA & 782-CA & 783-CA & 784-CA & 785-CA & 786-CA & 787-CA & 788-CA**

**SCOTT GRIMH, ET AL.**
**VERSUS**
**GEORGIA GULF LAKE CHARLES, LLC**

**Appealed from Calcasieu Parish Case No. 20075142, ETC.**


**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. J. David Painter**
   **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Georgia Gulf Lake Charles, LLC** has this day been

   **DENIED.**


cc: Roger G. Burgess, Counsel for the Appellee
    Wells Talbot Watson, Counsel for the Appellee